> This motion is denied without prejudice to renewal for failure to comply with Individual Rule III.A.1.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 23.
>
> Dated: August 5, 2020
> New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.J., individually and on behalf of K.H., a child with a disability,

          *Plaintiff,*

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          *Defendant.*

---

NOTICE OF MOTION

Case No. 20-cv-1922

**PLEASE TAKE NOTICE** that upon the annexed papers; Plaintiff shall move this Court—following the applicable 21-day safe harbor period—for sanctions against Defendant and its counsel, pursuant to Federal Rule of Civil Procedure ("FRCP") 11 at a date and time set by this Court.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be filed and served in accordance with the Individual Rules of the Honorable Lorna G. Schofield and Local Rules of the Southern District of New York, or as otherwise directed by the Court;

**PLEASE TAKE FURTHER NOTICE** that this motion is being served in accordance with FRCP 11's safe-harbor provision and will not be filed with the Court until at least 21 days after its service.

Dated: August 4, 2020
       Auburn, New York

Respectfully,

s/ Benjamin M. Kopp
CUDDY LAW FIRM, PLLC
Benjamin M. Kopp, Esq.
*Attorneys for Plaintiff*
5693 South Street Road
Auburn, New York 13021
Tel.: (315) 207-5584
bkopp@cuddylawfirm.com

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE