UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
S.J., *individually and on behalf of K.H.*,  :
                        Plaintiff,  :
                                        :
           -against-                   :          20 Civ. 1922 (LGS)
                                        :
                                        :           <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF  :
EDUCATION,  :
                        Defendant.  ::
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 19, 2020, Plaintiff filed a motion for summary judgment seeking fees pursuant to 20 U.S.C. § 1415(i)(3). In connection, Plaintiff filed a supporting declaration at Dkt. No. 38, attaching an exhibit that is 39 pages in length;

      WHEREAS, Plaintiff previously requested an extension to the Court's limits on exhibits (Dkt. No. 12), which was denied as moot, when the parties were referred for a settlement conference (Dkt. No. 14).

      WHEREAS, as Plaintiff is aware, the Court's Individual Rules limit each party to a total of 15 exhibits (each not to exceed 15 pages). *See* Individual Rule III.B.3. It is hereby

      **ORDERED** that the declaration will be stricken. By **August 25, 2020**, Plaintiff shall re-file the declaration and, if necessary, a corrected memorandum of law and Rule 56.1 Statement. Plaintiff is advised that compliance with the Court's Individual Rules is not optional. It is further

      **ORDERED** that the motion at Dkt. No. 35 will be referred to Judge Aaron. A separate order of reference will issue.

      The Clerk of Court is respectfully directed to strike Dkt. No. 38.

Dated: August 20, 2020
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE