

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020
```

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTIN BOWE**
*Senior Counsel*
Tel: (212) 356-0894
Cell: (646) 498-7178

November 3, 2020

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO ORDERED.

Dated: November 4, 2020

*[signature]*

      Re:    *S.J. et al. v. N.Y.C. Dep't of Educ., et al.* 20-cv-1922 (LGS)(SDA)

Dear Judge Aaron:

      I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant the New York City Department of Education ("DOE") in the above-referenced action.  I write to request a two day enlargement of Defendant's time to file responses to Plaintiff's Objections at Dkt. No. 79, from November 4 to November 6, 2020.  Plaintiff consents to this request.  The need for this additional time arises due to severe weather conditions yesterday which caused cancellation of transportation which prevented me from travelling to the office, and I had no remote ability to complete Defendant's papers; and, following the legal holiday today, I am scheduled to be furloughed from my position for tomorrow, November 4.

      Thank you for considering this request.

                                                    Respectfully submitted,

                                                         */s/*

                                                   Martin Bowe
                                                 Senior Counsel

cc:    Benjamin M. Kopp, Esq. (via ECF)