**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

S.J., *individually and on behalf of K.H.*,

|  | |
|---|---|
| Plaintiff, | 20 **CIVIL** 1922 (LGS) |
| -against- | **JUDGMENT** |

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Amended Order dated January 26, 2021, that the award granted in the January
12, 2021, Opinion and Order is modified to include an additional $1,388.00 in attorneys' fees for the
time billed in connection with the Report. For clarity, Plaintiff is awarded attorneys' fees in the
amount of $32,116.00 and costs in the amount of $582.76, for a total award of $32,698.76 plus post-
judgment interest calculated at the applicable statutory rate, judgment is entered in favor of Plaintiff;
accordingly, this action is closed.

**Dated:**  New York, New York
January 26, 2021

                                                    **RUBY J. KRAJICK**
                                            _____
                                                     **Clerk of Court**

**BY:** _____
                                                     **Deputy Clerk**